IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00028-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH CHARLES DELIA,

    Defendant.

## ORDER TO RESET FINAL TRIAL PREPARATION CONFERENCE

This matter comes before the Court *sua sponte*. Due to a personal matter, the Court hereby ORDERS that the Final Trial Preparation Conference currently scheduled for March 30, 2009 is RESET to **Friday, March 27, 2009 at 1:30 p.m.**

    DATED: March __11__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge