IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00028-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH CHARLES DELIA,

    Defendant.

---

**ORDER TO VACATE TRIAL DATES AND TO CALL TO SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 16) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for March 27, 2009 and the five-day jury trial set to commence on April 6, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than March 27, 2009</u> to set this matter for a Change of Plea Hearing.

    DATED: March __20__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge