**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00028-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH CHARLES DELIA,

    Defendant.

**ORDER FOR MEDICAL INTERVENTION BY THE
UNITED STATES MARSHALS SERVICE**

In response to the Defendant's Motion for Court Ordered Medical Intervention (Doc. # 19), filed in the above matter, it is ORDERED that the United States Marshals Service (USMS) shall provide the medical intervention necessary to provide Defendant Joseph Charles Delia with dentures.

DATED:  June   1st  , 2009

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge